**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Leshaon Octavius Bell, Appellant.

Appellate Case No. 2010-154126

---

Appeal From Marion County
William H. Seals, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2012-UP-464
Submitted July 2, 2012 – Filed July 25, 2012

---

**APPEAL DISMISSED**

---

Appellate Defender LaNelle Cantey DuRant, of Columbia; and Leshaon Octavius Bell, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.

---

**PER CURIAM:**  Leshaon Octavius Bell appeals his convictions of distribution of cocaine base and distribution of cocaine base within the proximity of a school or park, arguing the trial court erred in admitting a video of a controlled drug transaction because the officer testified he could not observe the transaction at the time it was occurring.  Additionally, Bell filed a pro se brief.  After a thorough review of the record and briefs pursuant to *Anders v. California*, 386 U.S. 738 (1967), and *State v. Williams*, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and Huff and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.